# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| IN RE: | Chapter 7 |
| GEORGE ROBERT VITO, | Case No.: 08-51298 RFH |
| Debtor. | |
| JAY OTERO, | CONTESTED MATTER |
| Movant, | |
| vs. | |
| JOY R. WEBSTER, AS CHAPTER 7 TRUSTEE, | |
| Respondent. | |

## MOTION TO CORRECT "ORDER APPROVING JOINT MOTION TO SELL PROPERTY OF THE ESTATE" (DOC. # 116) SO AS TO DIRECT THE TRUSTEE TO DISTRIBUTE NON-ESTATE PROPERTY TO MOVANT JAY OTERO

Movant Jay Otero respectfully seeks relief under Federal Rule of Civil Procedure 60(a) or 60(b) and Federal Rule of Bankruptcy Procedure 9024 for the purpose of correcting the Trustee's obligations with respect to the distribution of the proceeds of the sale of certain property that, although not belonging to the

estate, has nevertheless been retained by the estate, to wit: approximately $100,000 in funds representing the liquidation of assets owned by Foot and Leg Centers of Georgia, PC.

The Order in question (Doc. # 116) approved a joint motion to sell property of the estate. However, the motion and order were prepared on the mistaken assumption that the $100,000 in funds would become property of the bankruptcy estate—which they never actually did.[1]

For the reasons set forth in the accompanying Brief, this Court should either correct paragraph "6." of the Order (under Rule 60(a)), or grant relief from same (under Rule 60(b)) to direct the Trustee to disgorge and distribute the remaining balance of the proceeds of the Sale to Otero.

Wherefore, Otero requests the following relief:

(a) For an order correcting paragraph "6." of the Order (under Rule 60(a)) to direct the Trustee to distribute to Otero the remaining balance of the liquidated assets belonging to Foot and Leg Centers of Georgia, PC (approximately $100,000 cash);

(b) For "relief" from the Order (under Rule 60(b)) to direct the Trustee to distribute to Otero the remaining balance of the liquidated assets

---

[1] Hindsight is indeed 20/20.

belonging to Foot and Leg Centers of Georgia, PC (approximately $100,000 cash); and,

(c)     For such other and further relief as is equitable, just, and proper in the premises.

Respectfully submitted,

           RICHARD S. ALEMBIK, PC


            */s/ Richard S. Alembik*
            Richard S. Alembik
            Georgia State Bar No. 008770
    By:    Attorney for Movant Jay Otero

315 W. Ponce de Leon Ave.
Ste. 250
Decatur, GA 30030-5100
(404) 373-0205
(404)795-8999 FAX
general_mailbox@alembik.com

## CERTIFICATE OF SERVICE OF ELECTRONICALLY FILED DOCUMENT

This is to certify that I am over the age of 18 and that, in accordance with LBR 2002-1 on December 2, 2009, I served a copy of the foregoing **Motion to Correct "Order Approving Joint Motion to Sell Property of the Estate" (Doc. # 116) so as to Direct the Trustee to Distribute Non-Estate Property to Movant Jay Otero** (and related documents) by electronically filing same with the Clerk of Court using the CM/ECF system in accordance with the Electronic Case Filing Procedures, which will automatically send e-mail notification of such filing to the following parties and/or their counsel, and that the foregoing Notice need not be served on any party by paper copy.

RICHARD S. ALEMBIK, PC

By:     */s/ Richard S. Alembik*
           Richard S. Alembik
           Georgia State Bar No. 008770
           Attorney for Movant Jay Otero

315 W. Ponce de Leon Ave.
Ste. 250
Decatur, GA 30030-5100
(404) 373-0205
(404)795-8999 FAX
general_mailbox@alembik.com